# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

|  |  |  |
|---|---|---|
| ROBYN BABECKA, as the natural mother of ALYSSA BABECKA (deceased), | ) ) ) ) |  |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 3:26-cv-00006-TES |
| v. | ) ) |  |
| CSX TRANSPORTATION, INC., | ) ) |  |
| Defendant. | ) |  |

## CONSENT PROTECTIVE ORDER

In this case, counsel for Plaintiff will be provided access to relevant Wi-Tronix locomotive video data ("Video Data") by CSX Transportation, Inc. ("CSXT"), which is of a confidential and proprietary nature, subject to entry of this Order by the Court. For protection against the unauthorized disclosure or improper use of the Video Data and to protect the confidential nature thereof, the parties, by their counsel, have agreed to the entry of the following Protective Order:

It is, therefore, ORDERED by the Court, and by express agreement of the parties, their counsel, and representatives, that the confidentiality of the Video Data furnished to the Plaintiff and to her experts, consultants or attorneys shall be carefully and scrupulously maintained in the following manner:

1.      Use of the Video Data or copies thereof by Plaintiff and/or her attorneys is governed by this Protective Order;

2.      Neither the Video Data nor information contained therein may be disclosed to persons other than the Court and its personnel, the Plaintiff, her counsel of record, relevant witnesses, and experts, and with regard to their experts, only to the extent necessary and relevant to the topic on which the expert is consulted;

3.      The parties herein, their attorneys, and all experts to whom the Video Data, documents and/or information derived therefrom is disclosed, shall, before obtaining access thereto, be shown a copy of this Order;

4.      The Video Data and information derived therefrom shall not be used by or under the authority of any person or party receiving the same for any business or competitive purpose and shall be used for purposes of this litigation only and shall not be released to any other person, attorney or expert for use in any other litigation or for any other reason, including the publishing or dissemination of video, images or data including posting to a website, a social media account, or any other type of internet site where the same may be viewed by any person not authorized by this Order.

Entered this __20th_ day of __March_____, 2026.


                              __s/Tilman E. Self, III_____
                              UNITED STATES DISTRICT JUDGE


2

Agreed to by:

*/s/*
_____
JIMMY RUSSELL DAVID (GA Bar No.: 121677)
*Attorney for Plaintiff, Robyn Babecka, as the*
  *natural mother of Decedent, Alyssa Babecka*

*/s/*
_____
MORRIS WADE RICHARDSON (GA Bar No.: 516576)
CHARLES T. GRIMES (GA Bar No.: 677322)
*Attorneys for Defendant, CSX Transportation, Inc.*

3